**SO ORDERED**

**SIGNED this 13 day of May, 2026.**

_____
**Pamela W. McAfee**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

```
----------------------------------------------------------- x
In re:                                          :
                                                :    Chapter 13
CALVIN DARRYL SQUIRES,                           :
                                                :    Case No.: 26-00959-5-PWM
                              Debtor.            :
                                                :
----------------------------------------------------------- x
```

## ORDER GRANTING MOTION
## FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of Mercedes-Benz Vehicle Trust successor-in-interest to Daimler Trust's Motion for Relief from Automatic Stay (the "Motion") and any objection to the Motion; and after due deliberation thereon; and good cause having been shown and found; it is, by the United States Bankruptcy Court for the Eastern District of North Carolina, hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the automatic stay of 11 U.S.C. § 362 and Co-Debtor Stay of 11 U.S.C. § 1301 are hereby terminated to permit Mercedes-Benz Vehicle Trust successor-in-interest to

WBD (US) 54893851v1

Daimler Trust to exercise its rights and remedies under applicable non-bankruptcy law under the Retail Installment Contract executed by Debtor and Co-Debtor in favor of Mercedes-Benz Vehicle Trust successor-in-interest to Daimler Trust in the principal amount of $65,632.80 for the financed purchase of one (1) 2022 Mercedes-Benz E350W, VIN No. W1KZF8DB9NB087723 (the "Vehicle") and in accordance with applicable state law; and it is further

**ORDERED**, that Mercedes-Benz Vehicle Trust successor-in-interest to Daimler Trust is permitted to apply the proceeds of any disposition of the Vehicle to the outstanding indebtedness due and owing Mercedes-Benz Vehicle Trust successor-in-interest to Daimler Trust, including principal, interest, late fees, attorneys' fees, and costs as allowed by the loan and applicable law; and it is further

**ORDERED**, that upon disposition of the Vehicle, Mercedes-Benz Vehicle Trust successor-in-interest to Daimler Trust must provide an explanation of any surplus to the trustee, the debtor's attorney, and the debtor within 14 days and send payment of such surplus to the trustee within 60 days, pending further order of the court regarding its distribution; and it is further

**ORDERED**, that Mercedes-Benz Vehicle Trust successor-in-interest to Daimler Trust has 120 days for personal property from entry of the order granting the relief to file a deficiency claim, unless the court, for good cause shown by motion filed before the expiration of such period, extends the same; and it is further

**ORDERED**, that the Court shall retain jurisdiction over the subject matter of this Order and to enforce the provisions set forth herein.

END OF DOCUMENT